```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ESTATE OF ANDREA YVONNE ARRINGTON,  :
                                    :
        Plaintiff,                  :     CIVIL ACTION
                                    :
    v.                              :
                                    :     NO. 11-cv-4534
OFFICER JOHN MICHAEL and the        :
CITY OF CHESTER,                    :
                                    :
        Defendants.                 :
```

## ORDER

AND NOW, this 7th     day of February, 2012, upon consideration of Defendants' Motion to Dismiss (ECF No. 6) and the Response in Opposition thereto (ECF No. 8), it is hereby ORDERED that the Motion is DENIED.

```
                              BY THE COURT:



                              /s/J. Curtis Joyner
                              J. CURTIS JOYNER, C.J.
```