# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF ANDREA YVONNE ARRINGTON, : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | |
| : | NO. 11-cv-4534 |
| OFFICER JOHN MICHAEL and the : | |
| CITY OF CHESTER, : | |
| Defendants. : | |

## ORDER

AND NOW, this    18th    day of December, 2012, upon consideration of the Defendants' Motion for Summary Judgment (ECF No. 21), the Plaintiff's Motion for Partial Summary Judgment (ECF No. 24), the Defendants' Response to the Plaintiff's Motion (ECF No. 25), and the Plaintiff's Response to the Defendants' Motion (ECF No. 27), it is hereby ORDERED that the Defendants' Motion is GRANTED IN PART and DENIED IN PART.  The Motion is granted as to the Plaintiff's claim against the City of Chester and denied as to the Plaintiff's claim against Officer Michael.  It is further ORDERED that the Plaintiff's Motion is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.